DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC A. WELCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-184
_____

December 6, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Eric A. Welch, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.